UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
 Plaintiff,

vs.

USC HOLDINGS, LLC and CUBAN
CAFÉ, INC,
 Defendant(s).

Case No: 24-cv-61065-RLR

## <u>JOINT NOTICE OF SETTLEMENT IN PRINCIPLE</u>

Plaintiff, RUDOLPH BETANCOURT, and Defendants, USC HOLDINGS, LLC

and CUBAN CAFÉ, INC., by and through their respective undersigned counsel, hereby

notify the Court that the Parties have reached a settlement in principle. The Parties are in

the process of memorializing their agreement and finalizing their settlement documents.

 Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ David A. Hoines |
| Glenn R. Goldstein (FBN: 55873) | David A. Hoines, Esq. (FBN: 195867) |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| Glenn R. Goldstein & Assoc., PLLC | HOINES, HESS & ROSE |
| 8101 Biscayne Blvd., Ste. 504 | 3081 E. Commercial Blvd., Suite 200 |
| Miami, Florida 33138 | Ft. Lauderdale, FL  33308 |
| 561.573.2106 | (954) 772-2444 |
| GGoldstein@G2Legal.net | david@hoineslaw.com |

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
 *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
305-804-5435
WassenbergL@gmail.com